**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

AUG 1 7 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | 1:18CR00107 AGF/SPM |
| | ) | |
| JAMES ODELL JOHNSON, | ) | Title 18 U.S.C. §§ 111(b) and 922(g)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about July 19, 2018, in Butler County, within the Southeastern Division of the Eastern District of Missouri, **JAMES ODELL JOHNSON**, the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with H. Cameron Thuirer, Michael Miller, and Corey Mitchell, while Officers Thuirer and Miller were employed as law enforcement officers with the United States Marshals Service and while Poplar Bluff Police Detective Corey Mitchell was assisting the deputy marshals, and while said officers were engaged in the performance of their official duties, and in doing so, inflicted bodily injury, to wit, that Johnson shot Corey Mitchell in his arm, all in violation of Title 18, United States Code, Section 111(b).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On July 19, 2018, in Butler County, within the Eastern District of Missouri, the defendant, **JAMES ODELL JOHNSON,** knowingly possessed firearms, a Taurus, 9mm caliber

pistol and a Colt, .380 caliber pistol, in furtherance of a crime of violence for which he may be

prosecuted in a court of the United States, that is assaulting law enforcement officers as alleged

in Count I of the Indictment herein, and that the defendant brandished and discharged a firearm

during the commission of that crime, in violation of Title 18, United States Code, Section

924(c)(1)(A).

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 19, 2018, in Butler County, within the Southeastern Division of the

Eastern District of Missouri, **JAMES ODELL JOHNSON,** the defendant herein, did knowingly

possess in and affecting interstate commerce, firearms, to-wit: a Taurus, 9mm caliber pistol,

bearing serial number PZE25676, and a Colt, .380 caliber pistol, with a defaced serial number,

and had previously thereto been convicted in any court, of a crime punishable by imprisonment

for a term exceeding one year, to include:

(1) On October 6, 2009, in the Circuit Court of Butler County, Missouri, in Case Number 09BT-CR00270-01, for the felony of Stealing;

(2) On July 28, 2015, in the United States District Court, Eastern District of Missouri, in Case Number 1:15CR00024SNLJ, for the felony of Felon in Possession of Firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
JEFFREY B. JENSEN                    FOREPERSON
UNITED STATES ATTORNEY


_____
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY