# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 18-CR-107-SRC |
| JAMES ODELL JOHNSON, | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

Comes now attorney John D. Stobbs II, and hereby notifies this Honorable Court that he will not be present for Defendant's sentencing on August 18, 2020. The undersigned has a previously scheduled matter that cannot be continued.

Lead counsel Tory Bernsen has spoken with Defendant about the undersigned not being present on August 18, 2020 and rather than filing a Motion to Continue, Defendant desires to proceed with just Ms. Bernsen.

JAMES ODELL JOHNSON

STOBBS LAW OFFICES

BY: /s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2020, a copy of the attached *Notice of Filing* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Keith Sorrell
Assistant U.S. Attorney
555 Independence
Cape Girardeau, Missouri 63703

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002